## VERDICT FORM


FILED
VANESSA L. ARMSTRONG, CLERK
FEB 13 2015
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | **District** |
|---|---|
| **United States District Court** | Western District of Kentucky |
| **Case Title** <br> UNITED STATES OF AMERICA <br><br> v. <br><br> GLENN A. CAPLE | **Docket No.** <br><br> CRIMINAL ACTION NO. 3:13CR-134-CRS |

WE, THE JURY, IN THE ABOVE ENTITLED AND NUMBERED CASE FIND:

The defendant, Glenn A. Caple, ___guilty___ as to Count 1 of the indictment.
(guilty/not guilty)

**Foreperson's Signature**

**Date** 2-13-15